I

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY 14 2015

CHRISTOPHER A. PRINE
CLERK

CAUSE NO. 01-15-00274-CR "APPELLANT'S BRIEF"

ERRONEOUS EVIDENTIARY RULINGS:

~ INCORRECT OR WRONG RULINGS OF EVIDENCE PRESENTED IN TRIAL.

~ INSUFFICIENT EVIDENCE PRESENTED TO THE JUDGE THROUGH AN UNSTABLE WITNESS

~ 30 YEAR SENTENCE ETC.


RULES VIOLATION

~ BAIN ERROR; CASE CITED FOR THE PRICIPLE THAT A PROSECUTOR MAY NOT OFFER HIS // HER OPINION THAT THE DEFENDANT IS GUILTY UNLESS HE // SHE EXPLICITLY STATES THAT SUCH OPINION IS BASED IN THE TRIAL EVIDENCE. A PROSECUTOR MUST NOT EXPRESS A PERSONAL OPINION OR BELIEF IN A DEFENDANTS GUILT, WHERE THERE IS SUBSTANTIAL DANGER THAT ~JUDGE~ JURORS WILL INTERPRET THIS AS BEING BASED ON INFORMATION AT THE PROSECUTORS COMMAND, OTHER THAN EVIDENCE ADDUCED AT TRIAL. THE DANGER IS ACUTE WHEN THE PROSECUTOR OFFERS HIS // HER OPINION AND DOES NOT EXPLICITLY STATE THAT IT IS BASED SOLEY ON INFERENCES FROM THE EVIDENCE AT TRIAL.

~ EXAMPLES: "HE'S A SCARY INDIVIDUAL", "HE DOES NOT BELONG IN SOCIETY", "HE COULD OF HID THE OTHER HALF" (INJECTING EVIDENCE) UPON NO VERIFIED PROOF, A HERE SAY FOR THE JUDGE TO INTERPRETE AS IMPACT, THROWING IN DRAMATIC PARTS OF COMPLAINTANTS UNVER-IFIED AND INCONSISTENT STORY. MANY STATEMENTS OF THE SORT LINGER. (MAINLY PROSECUTOR'S CLOSING CONCLUSION) ETC. !!DRAGGED IS NOT IN THE REPORTS!! ETC.


UNSTABLE TESTIMONIES

~ COMPLAINTANTS DENIAL, ADD-ONS AND UNVERIFIED, INCONSIS-TENT STORY, THE DOCTOR'S UNCERTAINTY AND TWO DIFFERENT, >>

STATEMENTS GIVEN FROM THE TESTIFYING OFFICER AND COMPLAINTANT OF MY UNCONSCIOUS POSITION AND THE LIST OF OFFICERS THAT WERE SUPPOSE TO TESTIFY TO CONFIRM THIS SPECIFIC TESTIMONY **ETC.**

## CONSTITUTIONAL ERRORS:

MISREPRESENTATION

**A) INEFFECTIVE ASSISTANCE OF COUNSEL :** DISTORT

~ MY FORMER ATTOURNEY'S PERFORMANCE WAS SO INEFFECTIVE THAT IT DEPRIVED ME OF CONSTITUTIONAL RIGHTS GAURANTEED BY THE ASSISTANCE OF COUNSEL CLAUSE OF THE SIXTH AMENDMENT TO THE US CONSTITION: MISREPRESENTATION, DIDNT OBJECT TO THE OPINIONS OF THE PROSECUTOR (40 YEARS), WITH HELD INFORMATION OF INNOCENSE, NEGLECT **ETC.** (DENIED EVIDENCE AGAINST COMPLAINTANT WHICH WAS USED AGAINST ME )

COERCE TO → TWISTING
↓ ADMIT  ↓ LETTER STATEMENTS

**B) PROSECUTORIAL MISCONDUCT :** EXTORT // DISTORT

~ CONCLUDED WITH NO LESS THAN 40 YRS //NONE ARBITUAL RAISED TOC FELONY FROM A STATE JAIL FELONY

~ COURT ROOM MISCONDUCT (MAKING IMPROPER REMARKS OR IMPROPERLY INTRODUCING EVIDENCE DESIGHNED TO PREJUDICE, MAKING IMPROPER CLOSING ARGUMENTS)

~ HIDING, DESTROYING OR TAMPERING WITH EVIDENCE, CASE FILES OR COURT RECORDS

~ FAILING TO DISCLOSE EVIDENCE THAT MIGHT TEND TO EXONERATE THE DEFENDANT

~ POTENTIALLY THREATNING, BADGERING OR TAMPERING WITH WITNESS

~ PRESENTING FALSE OR MISLEADING EVIDENCE

~ SELECTIVE OR VINDICTIVE PROSECUTION

~ USE OF UNRELIABLE AND UNTRUTHFUL WITNESS **ETC.**

II

CAUSE NO 01-15-00274-CR    "BRIEF"

INSUFFICIENCY OF EVIDENCE

~ REPORT OF COMPLAINTANT STATING A FULL PAIR OF SCISSORS WERE USED YET HALF WAS FOUND WHILE DEFENDANT WAS UNCONSCIOUS AND ACCUSED OF AN ACT THAT ISNT COHERENT WITH LACK OF EVIDENCE. NO DNA CONNECTION NOR SUSPECT PROOF OF USAGE ON DEFENDANTS BEHALF NOR FORENSICS PRESENT TESTIMONY OR PROSECUTORS FACTS OF GUILT. ETC.

INVALID SEARCH

~ DISCOVERED UNCONSCIOUS AND IN-RESPONSIVE BY POLICE. VITALS WERE SUPPOSELY CHECKED CLEAR YET AN OVERLOOKED OPPORTUNITY TO DISCOVER A MERELY DECREASING WORN OFF SUBSTANCE DUE TO TIMED CONSUMPTION RESTORING VITALS. A HOSPITAL EVALUATION WOULD OF VERIFIED // TRACKED THE SUBSTANCE STILL RESIDING WITH IN THE SYSTEM. ~ AFTER AFFECTS ~ (FORMER LAWYER RECOMMENDED THE PSYC WARD) ETC.

UNSTABLE WITNESS

~ ADMITS IN IGNORED EXHIBITS THEN DENIES UNDER OATH.

~ DENIAL AND ADD-ONS, POTENTIALLY INJECTING THE "BROKEN SCISSORS" DURING TRIAL MERELY REMEMBERING THE ADDUCED EVIDENCE ISNT COHERENT WITH WHAT SHE STATED: RETURNING TO PROSECUTOR'S IDENTICAL SUSPICION OF BADGERING OR TAMPERING          { IGNORED
                                                                9-15 9-16-2014

~ COMPLAINTANT // WITNESS STATES THE SPIRITS PROTECTING HER ~ PHONE RECORDS

~ PROSECUTOR OBJECTS TO FORMER LAWYERS QUESTION OF COMPLAINTANTS // WITNESS ILLEGAL DRUG USAGE.
          ~ QUOTES ~

~ IGNORED LETTERS: WHOS THE FOOL NOW, I TOLD YOU I HATE BEING PLAYED LIKE A FOOL, MY VOODOO HAD NOTHING TO DO WITH YOU. ETC.

~ + THATS WHY YOU PASSED OUT AND WAS LEFT THERE FOR THE COPS ~          > > >

## STATUTORY VIOLATION

TRANSCRIPTS ACCORDINGLY ETC
~ ENHANCED TDC FELONY FROM A STATE JAIL FELONY ~

### * IN GENERAL *

I. AS A NON-ARBITUAL IT IS IMPROPERLY HANDLED TO PROCEED A STATE JAIL FELONY ~~AND~~ TO ENHANCE A TDC FELONY ETC.

II. LONG TO DISCOVER MY NO CONNECTION THUS NO USAGE OF THE LACK OF EVIDENCE WITH THE INCONSISTENT TESTIMONIES THAT PUTS THE ACCUZATION TOGETHER ETC.

#1428697

III. THUS THE MANY ERRORS // DISCREPANCIES OF RECENT TRIAL THAT CONTRIBUTES TO THIS CONVICTION // PUNISHMENT ETC.

NOTE: FROM MY ILLUSORY ENCOUNTERS TO MY UNCONSCIOUSNESS HAD SOMETHING TO DO WITH CONTAMINATION // DRUGGED // POISON ETC. FROM AN UNSTABLE WITNESS

* EXTENDED > > >
VERSION *

III

NOTE:

FROM MY MENTIONED ILLUSORY ENCOUNTERS TO MY UNCONSCIOUSNESS PARTICULARLY HAD SOMETHING TO DO WITH CONTAMINATION // DRUGGED // POISON ECT. FROM AN UNSTABLE WITNESS

\* RANDOM HOUSE WEBTER'S DICTIONARY \*

CHARM (CHÄRM)

~1-6 DEFINITIONS; PARTICULARLY #4

4: A FORMULA OR ACTION CREDITED WITH MAGICAL POWER

FORMULA

~1-6 DEFINITIONS; PARTICULARLY #5

5: A RECIPE OR PRESCRIPTION

VOODOO (VOO'DOO): 1 A POLYTHEISTIC RELIGION DERIVING PRICIPALLY FROM AFRICAN CULT WORSHIP. 2 A PERSON WHO PRACTICES VOODOO. 3 AN OBJECT OF VOODOO WORSHIP, AS A FETISH.

\* PARTIAL EXHIBIT: WHAT VOODOO IS AS A RELIGION?
        GRIS-GRIS (PRONOUNCED GREE~GREE) THE ACT AND THE OBJECT OF MAJICAL OR SUPERNATURAL POWER IS CENTRAL TO THE PRACTICE. SOME ONE CAN PUT A GRIS-GRIS CHARM OR HEX ON SOME ONE, FOR EXAMPLE CREATE A GRIS~GRIS BAG HOLDING ITEMS TO BLESS THE OWNER                    > > >

<u>POLYTHEISM</u>: THE DOCTRINE OF OR BELIEF IN MORE THAN ONE GOD ~ POL'Y·THE·IS'TIC

<u>COMPLAINTANT // UNSTABLE WITNESS</u>

~ DENIAL OF PRACTICE DURING TRIAL (UNDER OATH), THUS ^THE IGNORED LETTERS AND PHONE EXHIBITS EXPLAINING OTHER WISE ETC.

~ ADD-ON PART DURING TRIALS TESTIMONY TO UNVERIFIED OFFENSE
~PARTICULAR~
(SECTION NOT IN THE REPORTS) ETC

~ UNVERIFIED ~ INCONSISTENT STORY DUE TO LACK OF EVIDENCE AND ETC.

~ IGNORED LETTER STATEMENTS OF EXPOSURE, SUSPICION THUS THE VENGENCE OF MY UNFAITHFULNESS ETC

~ BIZZARE STATEMENT OF SPIRITS PROTECTING HER IN ^IGNORED PHONE RECORDS 9-15 // 9-16-2014, WHICH QUESTIONS WITNESSES CHARACTER ETC.

NOTE: <u>EVERYTHING</u> WRITTEN AND COLLECTED IN THE ATTOURNEYS RECORDS CONTRIBUTES TO MY DEFENSE. THIS BRIEF IS ACCORDING TO THE 20 TO 30 DAY NOTICE AFTER THE CLERKS RECORDS HAS BEEN FILED. IM AWARE OF THE EXTENTION OF MAY 18, 2015

* MY ANTI~BELIEF OF COMPLAINTANT'S STATEMENTS AND TESTIMONY *

" BESIDES SOLID EVIDENCE, THERE WERE MANY PROJECTIONS JUST TO CONVICT ME FROM ALL PARTIES INVOLVED. " ETC.

USA FOREVER

NORTH HOUSTON TX 773

TUCKER, ERIC
TDCJ # 01983465
HOLLIDAY UNIT, TDCJ
295 IH-45 NORTH
HUNTSVILLE, TX 77320-8443

~ CHRISTOPHER A. PRINE ~
(CLERK)
COURT OF APPEALS
1ST DISTRICT
301 FANNIN STREET
HOUSTON, TEXAS 77002-2066
* BRIEF * ("ONLY!!)

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAY 1 4 2015

CHRISTOPHER A. PRINE
CLERK

77002206699